IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JERRY WAYNE ELLEDGE JR., | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) | Case No. CIV-15-708-M |
| JERRY CHRISMAN, Warden, | ) ) ) | |
| Respondent. | ) ) | |

## ORDER

On July 28, 2016, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's motion to dismiss be granted and the petition for writ of habeas corpus be dismissed without prejudice. The parties were advised of their right to object to the Report and Recommendation by August 18, 2016. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 15] issued by the Magistrate Judge on July 28, 2016;

(2) GRANTS respondent's Motion to Dismiss [docket no. 11], and

(3) DISMISSES the Petition for Writ of Habeas Corpus without prejudice.

**IT IS SO ORDERED this 26th day of August, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE